UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM SHERLACH; *et al.*, | : |
| Plaintiffs, | : Case No. 3-20-cv-1725-VLB |
| v. | : |
| ALEX EMRIC JONES; *et al.*, | : November 20, 2020 |
| Defendants. | : |

## MOTION FOR SANCTIONS

NOW COME Defendants Alex Emric Jones, Infowars, LLC, Free Speech Systems, LLC, Infowars Health, LLC, and Prison Planet TV, LLC and, pursuant to this Court's inherent authority to regulate lawyers' professional conduct and Conn. R. Prof. Conduct 3.6(a), hereby request this Honorable Court sanction Attorney Christopher Mattei and the law firm of Koskoff, Koskoff, & Bieder on account of their false statements to the media. The gratuitous and knowingly false statements have no place in civil litigation. In support hereof, Defendants refer this Court to the accompanying memorandum of law and exhibits, incorporated herein by reference.

WHEREFORE Defendants respectfully request this Court sanction counsel for Plaintiffs.

Dated: November 20, 2020.  Respectfully submitted,

/s/ Jay M. Wolman
**Jay M. Wolman, ct29129**
RANDAZZA LEGAL GROUP, PLLC
100 Pearl Street, 14th Floor
Hartford, Connecticut 06103
Tel: 702-420-2001
Fax: 305-437-7662
ecf@randazza.com

1

**Marc J. Randazza,** *pro hac vice* **forthcoming**
**RANDAZZA LEGAL GROUP, PLLC**
**2764 Lake Sahara Drive, Suite 109**
**Las Vegas, Nevada 89117**
**Tel:  702-420-2001**
**Fax: 305-437-7662**
**ecf@randazza.com**

*Attorneys for Infowars Defendants*

**2**

## CERTIFICATE OF SERVICE

I hereby certify that, on this 20th day of November 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

I further certify that copies of the foregoing document are being served by electronic mail and U.S. Mail upon the parties at the addresses below:

**Alinor C. Sterling**
**Christopher M. Mattei**
**Matthew S. Blumenthal**
**KOSKOFF KOSKOFF & BIEDER**
**350 Fairfield Avenue**
**Bridgeport, CT 06604**
**<asterling@koskoff.com>**
**<cmattei@koskoff.com>**
**<mblumenthal@koskoff.com>**
**Tel.:  203.336.4421**
**Fax:  203.368.3244**
*Attorneys for Plaintiffs*

**Stephen P. Brown**
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER**
**1010 Washington Blvd., 8th Floor**
**Stamford, CT 06901**
**<stephen.brown@wilsonelser.com>**
**Tel.:  203-388-2450**
**Fax:  203.388.9101**
*Attorney for Defendant Midas Resources, Inc.*

**Wolfgang Halbig**
**25526 Hawks Run Lane**
**Sorrento, FL 32776**
**<wolfgang.halbig@comcast.net>**
**Tel.:  352.729.2559**
**Fax:  352.729.2559**

**Jonathan A. Beatty**
**ESTY & BUCKMIR, LLC**
**2340 Whitney Ave.**
**Hamden, CT 06518**
**<jbeatty@estyandbuckmir.com>**
**Tel.:  203.248.5678**
**Fax:  203.288.9974**
*For Defendant Wolfgang Halbig*

**Ted Anderson**
**Genesis Communications Network, Inc.**
**190 Cobblestone Lane**
**Burnsville, MN 55337**
**<t.anderson@gcnlive.com>**
*Representative for Defendant Genesis Communications Network, Inc.*

　　　　　　　　　　　　　　　　　　　　/s/ Jay M. Wolman
　　　　　　　　　　　　　　　　　　　　Jay M. Wolman